FILED
CLERK, U.S. DISTRICT COURT

JAN 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS NADAL AND CHRISTIAN NADAL, | ) NO. CV 04-10494-PSG (MAN) |
| Plaintiffs, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| GREGORY JESSNER, et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint filed by Plaintiffs, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Plaintiffs' Objection to the Report and Recommendation. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) Defendants Sarco Incorporated, R.P.B. Industries, Shooters Equipment Company, Global Sales Limited aka AA-OK

Incorporated, and Cobray Firearms Company are dismissed with prejudice; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on all parties of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1/23/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE