FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS NADAL AND CHRISTIAN NADAL, | NO. CV 04-10494-PSG (MAN) |
| Plaintiffs, | |
| v. | JUDGMENT |
| GREGORY JESSNER, et al., | |
| Defendants. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 1/23/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE